Monte J. White & Associates
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940) 723-0099
(940) 723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Helen Rene Hopson | § | CASE NO. 09-70140-HDH-13 |
| | § | |
| | § | |
| DEBTOR | § | |

DEBTOR'S NOTICE OF WITHDRAWAL OF OBJECTION TO ALLOWANCE OF CLAIM
OF ECast Settlement Corporation

Comes now Debtor in the above-entitled cause and files this Notice of Withdrawal of Objection to the Claim of ECast Settlement Corporation filed in this matter and would respectfully show the Court as follows:

1. On August 12, 2009, Debtor submitted an Objection to Allowance of Claim. After further review, Debtor has determined that an objection to the claim is not necessary at this time.

2. Debtor respectfully notifies all parties in interest that the said Objection is hereby withdrawn and any hearing scheduled on this matter should be removed from the docket.

Respectfully submitted,

/s/Monte J. White
Attorney for Debtors

CERTIFICATE OF SERVICE

The undersigned hereby certified that on October 8, 2009, a true and correct copy of the foregoing was served on the following parties in interest by ECF and/or regular mail:

CHAPTER 13 TRUSTEE
Mr. Walter O'Cheskey
6308 Iola Avenue
Lubbock, TX  79424

DEBTORS
Helen Rene Hopson
PO Box 1538
Bowie, TX 76230

<u>U.S. TRUSTEE</u>
William T. Neary
1100 Commerce, Rm. 9C60
Dallas, Texas 75242

<u>CREDITOR ATTORNEY</u>
Mark Stromberg
Stomberg & Associates, P.C.
Two Lincoln Centre
5420 LBJ Freeway, Suite 300
Dallas, Texas 75240

<u>CREDITOR</u>
ECast Settlement Corporation
Capital One Bank
P.O. Box 35480
Newark, NJ 07193

/s/Monte J. White