Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue
(806) 748-1980 Phone
(806) 748-1956 Fax

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

IN RE:

HELEN RENE HOPSON

CASE NO: 09-70140-HDH-13
HEARING DATE: 12/16/2009
HEARING TIME: 11:00 AM

## TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Proposed Trustee's Recommendation Concerning Claims and Plan Modification (if required) in accordance with Bankruptcy Rule 3007 and General Order 2006-08 and would respectively show unto to the Court as follows:

### I.
### OBJECTION -- NO PROOF OF CLAIM FILED

The following creditors were scheduled by the Debtor(s). No Proof of Claim has been filed by them or on their behalf, as required by Bankruptcy Rule 3002(a). The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed. Therefore the claims should be DISALLOWED.

| Trustee Clm# | Creditor Name | Scheduled Amount | Trustee Clm# | Creditor Name | Scheduled Amount |
|---|---|---|---|---|---|
| 024 0 U | STATE FARM BANK | $4,871.00 | | | |

### II.
### SPECIFIC OBJECTIONS

No Objections

### III.
### TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class as listed below.

| Trustee Claim # | Creditor | Collateral / Description | Claim Amount | Value | % | Term | Paid / Treated |
|---|---|---|---|---|---|---|---|
| **SECURED CREDITORS** | | | | | | | |
| 008 0 | CHRYSLER FINANCIAL SERVICES | 2005 DODGE PU | $21,267.12 | $14,750.00 | 10.00% | 60 | $311.68 PAID BY TRUSTEE |
| 009 0 * | BANK OF AMERICA | 2005 CHEROKEE HORSE TRAILER--STAY LIFTED | $0.00 | $22,765.00 | | | STAY LIFTED |
| 010 0 | GMAC | 04 CHEVY IMPALA | $12,040.11 | $12,040.11 | | | SURRENDERED |
| | Increased value to surrender for full satisfaction. See modification below. | | | | | | |
| 012 0 | JPMORGAN CHASE BANK | HOMESTEAD | $190,035.05 | $211,070.00 | | | PD DIRECT BY DEBTOR |
| 013 0 | HSBC/SUZUKI | 2006 SUZUKI 4 WHEELER | $0.00 | $4,252.00 | | | PD DIRECT BY DEBTOR |
| 014 0 | LEGEND BANK | FARM EQUIPMENT | $9,000.00 | $27,775.65 | | | PD DIRECT BY DEBTOR |
| | Increased value to make fully secured. See modification below. | | | | | | |
| 015 0 | MONTAGUE COUNTY | 09 PROPERTY TAXES | $773.21 | $211,070.00 | | | PD DIRECT BY DEBTOR |
| 032 0 * | BOWIE ISD | 09 PROPERTY TAXES | $2,509.70 | $211,070.00 | | | PD DIRECT BY DEBTOR |
| | Not provided for in confirmed plan. See modification below. | | | | | | |

**UNSECURED GENERAL CREDITORS**

| Trustee Clm# | Creditor Name | Claim Amount | Trustee Clm# | Creditor Name | Claim Amount |
|---|---|---|---|---|---|
| 008 1 U | CHRYSLER FINANCIAL SERVICES | $6,517.12 | 017 0 U | FIA CARD SERVICES | $23,299.10 |
| | *SPLIT CLAIM/05 DODGE PICKUP* | | | *PURCHASES -- DISALLOWED* | |
| | | | | *DISALLOWED PER ORDER ON OBJECTION ENTERED 9-14-2009* | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 018 0 U | PRA RECEIVABLES MANAGEMENT | $11,225.90 | | 019 0 U | ECAST SETTLEMENT CORPORATION | $8,269.23 |
| | *PURCHASES -- DISALLOWED* | | | | *PURCHASES/CAPITAL ONE BANK* | |
| | *DISALLOWED PER ORDER ON OBJECTION ENTERED 9-14-2009* | | | | | |
| 020 0 U | ROUNDUP FUNDING LLC | $2,758.89 | | 021 0 U | ROUNDUP FUNDING LLC | $312.92 |
| | *PURCHASES/CHASE BANK* | | | | *PURCHASES/JC PENNY* | |
| 022 0 U | PRA RECEIVABLES MANAGEMENT | $3,012.61 | | 025 0 U | INDEPENDENT BANKERSBANK | $3,061.81 |
| | *PURCHASES* | | | | *PURCHASES/LEGEND BANK* | |
| 026 0 U | ROUNDUP FUNDING LLC | $585.94 | | 045 0 U * | GMAC | $8,036.18 |
| | *PURCHASES/WFNNB BEALLS* | | | | *AUTO DEFICIENCY* | |
| | | | | | *Not provided for in confirmed plan.* | |

If the Trustee's recommendation concerning any claim differs from the amount indicated in a creditor's Proof of Claim, the recommendation is deemed an objection to such claim. Unless a timely reponse or objection is filed contesting the Trustee's recommendation, the objection will be sustained and such claim will be allowed only in the amount and in the class indicated.

Any proposed changes by the Debtor that extends the term or lowers the interest rate as to any secured claim contained in the confirmed Plan must be set out in a Debtor's Objection or Response to the Trustee's Recommendation Concerning Claims and noticed to the affected creditor in the absence of a letter agreement between the Debtor and the affected creditor.

## IV.
## TRUSTEE'S PLAN MODIFICATION

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2006-08 Section 8, the Trustee requests the following Modification of Debtor's(s') Confirmed Plan, subject to feasibility herein:

Trustee's Modification is as follows:

The secured claim filed by Legend Bank in the amount of $27,775.65 shall be fully valued and paid direct.

The secured claim filed by Bowie ISD in the amount of $2,509.70 shall be valued at $211,070 and paid direct.

The secured claim filed by GMAC for the 2004 Chevy Impala shall be valued at $12,040.11 and surrendered for full satisfaction. Per an amended claim, an unsecured deficiency in the amount of $8,036.18 shall be allowed.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

IF AN OBJECTION IS FILED, A HEARING WILL BE HELD 12/16/2009 AT 11:00 AM CONCERNING THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (IF REQUIRED) (TRCC) AT THE FOLLOWING LOCATION:

LIVE: US COURTHOUSE ROOM 222, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT THE SAME LOCATION AT 08:30 AM. ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE. ANY OBJECTIONS TO THE PLEADINGS NOT RESOLVED OR DEFAULTED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT AT THE HEARING DATE AND TIME ABOVE. TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, SERVED ON ALL EFFECTED CREDITORS AND FILED WITH THE COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF SERVICE.

PURSUANT TO GENERAL ORDER 2006-08 SECTION 8(C), UNLESS AN OBJECTION IS TIMELY FILED AS TO THE TREATMENT OF ANY CLAIM OR MODIFICATION, THE CLAIM OR MODIFICATION WILL BE ALLOWED OR APPROVED AS DESCRIBED IN THE TRCC AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) and Notice of Hearing and Pre-Hearing Conference on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:  10/30/2009

/s/ Walter O'Cheskey

_____
Walter O'Cheskey
Chapter 13 Trustee

```
ALLIANCE ONE 1160 CENTRE POINTE DR STE 1  MENDOTA HEIGHTS MN 55120
BANK OF AMERICA 4161 PIEDMONT PARKWAY NC4-105-03-14 GREENSBORO NC 27410
BANK OF AMERICA ATTN  BANKRUPTCY NC4-105-02-77 PO BOX 26012 GREENSBORO NC 27420
BANK OF AMERICA FLEET BANKCARD PO BOX 26012  GREENSBORO NC 27420
BASSEL & WILCOX PO BOX 11509  FORT WORTH TX 76110
BOWIE ISD C/O RAY, WOOD, & BONILLA PO BOX 165001 AUSTIN TX 78716
CAPITAL ONE C/O TSYS DEBT MANAGEMENT PO BOX 5155 NORCROSS GA 30091
CHASE BANKRUPTCY DEPARTMENT PO BOX 15298 WILMINGTON DE 19850
CHRYSLER FINANCIAL PO BOX 80081  SALINAS CA 93912
CHRYSLER FINANCIAL SERVICES PO BOX 9001897  LOUISVILLE KY 40290
DAIMLER CHRYSLER SERVICES PO BOX 860  ROANOKE TX 76262
ECAST SETTLEMENT CORPORATION PO BOX 35480  NEWARK NJ 07193
FIA CARD SERVICES BANK OF AMERICA 1000 SAMOSET DRIVE DE5-023-03-03 DEWARK DE 19713
GEMB PO BOX 103106  ROSWELL GA 30076
GMAC PO BOX 130424  ROSEVILLE MN 55113
GMAC PO BOX 130424  SAINT PAUL MN 55113
GMAC PO BOX 5055  TROY MI 48007
GMAC PO BOX 78367  PHOENIX AZ 85062
HELEN RENE HOPSON PO BOX 1538  BOWIE TX 76230
HSBC ATTN  BANKRUPTCY DEPARTMENT PO BOX 5213 CAROL STREAM IL 60197
HSBC BANK NEVADA C/O PRA RECEIVABLES MANAGEMENT PO BOX 12907 NORFOLK VA 23541
HSBC/SUZUKI PO BOX 703  WOOD DALE IL 60191
INDEPENDENT BANKERSBANK C/O CREDITORS BANKRUPTCY SERVICE PO BOX 740933 DALLAS TX 75374
INTERNAL REVENUE SERVICE PO BOX 21125  PHILADELPHIA PA 19114
INTERNAL REVENUE SERVICE PO BOX 21126  PHILADELPHIA PA 19114
INTERNAL REVENUE SERVICE SPECIAL PROCEDURES 1100 COMMERCE ST MC 5027DAL DALLAS TX 75242
JP MORGAN CHASE BANK NA NATIONAL PAYMENT SERVICES PO BOX 24785 COLUMUB OH 43224
JPMORGAN CHASE BANK 3415 VISION DRIVE  COLUMBUS OH 43219
LEGEND BANK PO BOX 1081  BOWIE TX 76230
LINEBARGER GOGGAN BLAIR & SAMPSON 2323 BRYAN STREET SUITE 1600  DALLAS TX 75201
MANAGEMENT SERVICE INC PO BOX 1099  LANGHORN PA 19047
MONTAGUE CAD PO BOX 121  MONTAGUE TX 76251
MONTAGUE COUNTY 2323 BRYAN STREET SUITE 1600  DALLAS TX 75201
MONTE J WHITE ATTORNEY AT LAW 1106 BROOK AVE HAMILTON PLACE WICHITA FALLS TX 76301
PRA RECEIVABLES MANAGEMENT PORTFOLIO REC ASSOC PO BOX 41067 NORFOLK VA 23541
PRA RECEIVABLES MANAGEMENT PORTFOLIO RECOVERY ASSOC PO BOX 12914 NORFOLK VA 23541
RAY WOOD & BONILLA PO BOX 165001  AUSTIN TX 78716
ROUNDUP FUNDING LLC PO BOX 91121 MS 550 SEATTLE WA 98111
STATE FARM BANK 112 EAST WASHINGTON STREET  BLOOMINGTON IL 61701
STROMBERG & ASSOCIATES PC TWO LINCOLN CENTRE 5420 LBJ FREEWAY SUITE 300 DALLAS TX 75240
TIB BANK PO BOX 569100  DALLAS TX 75356
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE 3RD FLOOR DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
WFNNB BEALLS PO BOX 182125  COLUMBUS OH 43218
WILLIAM DON HOPSON 2421 ALLISON RD  BOWIE TX 76230
WILLIAM T NEARY UNITED STATES TRUSTEE 1100 COMMERCE STREET RM 976 DALLAS TX 75242
ZACHARY D HOPSON PO BOX 1538  BOWIE TX 76230
```